William M. Aron (SBN No. 234408)
**ARON LAW FIRM**
15 West Carrillo Street, Suite 217
Santa Barbara, CA 93101
Tel: (805) 618-1768
bill@aronlawfirm.com

*Attorneys for Plaintiff and the Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIN POP, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEACH BUNNY SWIMWEAR, INC., LADY AMELIA LABRADOR, ALEXANDRA ABBATE, ANABEL SANCHEZ, CELISA FRANCO, TIKA CAMAJ, and VLADA GLUKHOVA,<br><br>Defendants. | Case No.: 2:25-cv-4085-MWC<br><br>Honorable Michelle Williams Court<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>Hearing Date: October 17, 2025<br>Hearing Time: 1:30 p.m. |

PLEASE TAKE NOTICE, that on October 17, 2025, at 1:30 p.m. or as soon thereafter as counsel may be heard, in the courtroom of Honorable Michelle Williams Court, Plaintiff, Alin Pop, will move this Court for Judgment by Default against Defendant Alexandra Abbate.

This motion is based on the Memorandum of Points and Authorities in Support

- 1 -
MOTION FOR DEFAULT JUDGMENT

- 2 -

of Plaintiff's Motion for Default Judgment and the Declaration in support thereof. This motion is further based upon the pleadings in this case and the Default entered by the Clerk on July 24, 2025.

WHEREFORE, Alin Pop hereby moved this Court to enter a judgment against Alexandra Abbate pursuant to Fed. R. Civ. P. 55(b)(2).

Dated September 10, 2025                Respectfully Submitted,

                                        s/Bogdan Enica
                                        Bogdan, Enica, Esq. (*Pro Hac Vice*)
                                        **KEITH GIBSON LAW P.C.**
                                        1200 N Federal Hwy., Ste.300
                                        Boca Raton FL 33432
                                        Telephone: (305) 306-4989
                                        Email:Bogdan@KeithGibsonLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, the foregoing document was filed electronically with the Clerk of Court and will be served via the Court's ECF filing system on all counsel of record.

On September 10, 2025, this document was served by email to Defendant Alexandra Abbate by emailing a copy to: bookingalexabbate@gmail.com

/s/ Bogdan Enica
Bogdan Enica, Esq. (*pro hac vice*)
KEITH GIBSON LAW, P.C.
1200 N. Federal Highway, Suite 300
Boca Raton, FL 33432
(305) 306-4989
bogdan@keithgibsonlaw.com