UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALIN POP, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEACH BUNNY SWIMWEAR, INC., LADY AMELIA LABRADOR, ALEXANDRA ABBATE, ANABEL SANCHEZ, CELISA FRANCO, TIKA CAMAJ, and VLADA GLUKHOVA,<br><br>Defendants. | Case No. 2:25-cv-04085-MWC-MBK<br><br>**ORDER (DKT. 44)** |

# ORDER

Upon receipt of the plaintiff's notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), defendants Lady Amelia Labrador, Anabel Sanchez, Celisa Franco, and Vlada Glukhova are dismissed without prejudice.

**IT IS SO ORDERED**

Date: October 24 ,2025

_____
Hon. Michelle Williams Court
District Court Judge

181765689